United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kathleen M. DuPont
    Debtor

Case No. 15-17518-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Mar 07, 2017
    Form ID: 167    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.
db    +Kathleen M. DuPont,   228 Canal Street, 2nd Floor,   Easton, PA 18042-6244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr    +E-mail/Text: collectfax@essabank.com Mar 08 2017 02:55:52    ESSA Bank & Trust,
    PO Box L, 200 Palmer Street,   Stroudsburg, PA 18360-0160
cr    E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2017 02:51:08    Synchrony Bank,
    c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
    Miami, FL 33131-1605
    TOTAL: 2

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:
    DENISE ELIZABETH CARLON   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    J. ZAC CHRISTMAN   on behalf of Creditor   ESSA Bank & Trust jchristman@newmanwilliams.com, epotito@newmanwilliams.com;mdaniels@newmanwilliams.com
    KEVIN K. KERCHER   on behalf of Debtor Kathleen M. DuPont kevinkk@kercherlaw.com
    LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kathleen M. DuPont
Debtor(s)

Case No: 15−17518−ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 2012 TOYOTA PRIUS, VIN: JTDKDTB38C1523335 Filed by Toyota Motor Credit Corporation.

**Hearing rescheduled from 03/07/2017 to 03/21/2017**

on: 3/21/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date: 3/7/17

For The Court

Timothy B. McGrath
Clerk of Court

36 − 32
Form 167