UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KATHLEEN M. DUPONT
                                                    : Bankruptcy No. 15-17518REF
          Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                            BY THE COURT

**Date: October 19, 2017**

                                            Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL PA 18052-

KATHLEEN M. DUPONT
228 CANAL STREET, 2ND FLOOR
EASTON,PA.18042