United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 15-17518-ref
Kathleen M. DuPont                                           Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: SaraR           Page 1 of 2            Date Rcvd: Oct 19, 2017
                           Form ID: pdf900        Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
```
db          +Kathleen M. DuPont,    228 Canal Street, 2nd Floor,   Easton, PA 18042-6244
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
13617339    +BCDF Enterprises, LLC,    228 Canal Street,    Easton, PA 18042-6244
13617340    +Berkheimer Tax Administrator,    50 North Seventh St.,    P.O. Box 995,   Bangor, PA 18013-0995
13661629     BerkheimerAssoc-AgtWhitehallCoplaySD&WhitehallTwp,   c/o David R. Gordon, Esq.,
             1883 Jory Road,    Pen Argyl, PA 18072
13617341    +ESSA Bank & Trust,    200 Palmer St.,    Stroudsburg, PA 18360-1645
13617343     James Fareri, Esq.,    Newman Williams Mishkin Et Al.,    712 Monroe St., PO Box 511,
             Stroudsburg, PA  18360-0511
13862446    +Kevin K. Kercher, Esquire,    881 Third Street, Suite #C-2,    Whitehall, PA 18052-5930
13617344    +Lehigh Valley Hospital,    P.O. Box 4120,    Allentown, PA 18105-4120
13707473    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13617345     PNC Bank, N.A.,     P.O. Box 747032,   Pittsburgh, PA  15274-7032
13617346    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court:  Toyota Financial Services,   P.O. Box 5855,
             Carol Stream, IL  60197-5855)
13647261    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
13866300    +Toyota Motor Credit Corporation,    c/o KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
13679509     US Department of Education,    Claims Filing Unit,    PO Box 8973,   Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: robertsl2@dnb.com Oct 20 2017 01:39:22     Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2017 01:38:50
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2017 01:39:31     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: collectfax@essabank.com Oct 20 2017 01:39:53     ESSA Bank & Trust,
             PO Box L, 200 Palmer Street,    Stroudsburg, PA 18360-0160
cr           E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 01:42:24     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13617342     E-mail/Text: cio.bncmail@irs.gov Oct 20 2017 01:38:39     Department of the Treasury - IRS,
             Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13624618     E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2017 01:42:16
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13624726     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 01:42:24     Synchrony Bank,
             c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13617347     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 01:42:35     Wal-Mart,   P.O. Box 530927,
             Atlanta, GA  30353-0927
                                                                             TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13657888*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,   P.O. Box 21126,
             Philadelphia, PA  19114)
                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: SaraR          Page 2 of 2            Date Rcvd: Oct 19, 2017
                              Form ID: pdf900      Total Noticed: 27
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
            DENISE ELIZABETH CARLON   on behalf of Creditor   Toyota Motor Credit Corporation
             bkgroup@kmllawgroup.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
            J. ZAC CHRISTMAN    on behalf of Creditor   ESSA Bank & Trust jchristman@newmanwilliams.com,
             epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail
             .com
            KEVIN K. KERCHER    on behalf of Debtor Kathleen M. DuPont kevinkk@kercherlaw.com
            LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

KATHLEEN M. DUPONT
                                                : Bankruptcy No. 15-17518REF
            Debtor(s)                           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                        BY THE COURT

**Date: October 19, 2017**

                                        Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL PA 18052-

KATHLEEN M. DUPONT
228 CANAL STREET, 2ND FLOOR
EASTON,PA.18042